UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER, § § § Plaintiff, § § v. § § CAROLINA ROCHA, QUOTEFIRE.COM a § California corporation, and THE ALLSTATE § CORPORATION, a Delaware corporation § § Defendants. § § | EP-20-CV-0266 |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

The parties have resolved the case and completed their obligations. The Plaintiff hereby requests the court dismiss the case against all parties with prejudice.

November 23, 2020

Respectfully submitted,

*/s/ Brandon Callier*

Brandon Callier
Plaintiff, Pro-se
6336 Franklin Trail
El Paso, TX 79912

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER,<br><br>Plaintiff,<br><br>v.<br><br>CAROLINA ROCHA, QUOTEFIRE.COM a California corporation, and **THE ALLSTATE CORPORATION,** a Delaware corporation<br><br>Defendants. | §§§§§§§§§§§§§   EP-20-CV-0266 |

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing was sent via mail to the defendants' attorney of record.

November 23, 2020

Brandon Callier
Pro-se
6336 Franklin Trail
El Paso, TX 79912