IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BRANDON CALLIER,<br>　　Plaintiff,<br><br>v.<br><br>CAROLINA ROCHA,<br>QUOTEFIRE.COM, and<br>ALLSTATE<br>CORPORATION,<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | EP-20-CV-266-PRM |

## ORDER OF DISMISSAL

On this day, the Court considered Plaintiff Brandon Callier's [hereinafter "Plaintiff"] "Motion to Dismiss With Prejudice" (ECF No. 5) [hereinafter "Motion"], filed on November 23, 2020, in the above-captioned cause.  Therein, Plaintiff avers that "[t]he parties have resolved the case" and prays that the Court "dismiss the case against all parties with prejudice."  Mot. 1.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), a "plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or motion for summary judgment."  Here, Plaintiff has filed a notice of dismissal before any of the opposing parties served an answer or

entered an appearance.  *See* Mot. 1.  Hence, the Court is of the opinion that the above-captioned cause should be dismissed with prejudice.

Accordingly, **IT IS ORDERED** that the Plaintiff Brandon Callier's "Motion to Dismiss With Prejudice" (ECF No. 5) is **GRANTED**.

**IT IS FURTHER ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE** with each party to bear its own costs.

**IT IS FURTHER ORDERED** that all settings in this matter are **VACATED.**

**IT IS FURTHER ORDERED** that all pending motions in this cause, if any, are **DENIED AS MOOT**.

**FINALLY, IT IS ORDERED** that the Clerk shall **CLOSE** this case.

**SIGNED** this **24th day** of **November, 2020.**

_____
**PHILIP R. MARTINEZ**
**UNITED STATES DISTRICT JUDGE**