IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BRANDON CALLIER, <br>    Plaintiff, <br><br> v. <br><br> CAROLINA ROCHA, <br> QUOTEFIRE.COM, and <br> ALLSTATE CORPORATION, <br>    Defendants. | § § § § § § § § § § § | EP-20-CV-266-PRM |

## FINAL JUDGMENT

On this day, the Court dismissed the above-captioned cause. The Court now enters Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Accordingly, **IT IS ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE** with each party to bear its own costs.

**IT IS FURTHER ORDERED** that all settings in this matter are **VACATED**.

**IT IS FURTHER ORDERED** that all pending motions in this cause, if any, are **DENIED AS MOOT**.

**FINALLY, IT IS ORDERED** that the Clerk shall **CLOSE** this case.

SIGNED this **24th** day of **November, 2020.**

_____
PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE